# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.** |
| **v.** | **1:09-CR-320-TCB-GGB** |
| **GEORGE WASHINGTON DUNN** | |

## NON-FINAL REPORT AND RECOMMENDATION

Pending before the court is Defendant Dunn's Motion to Suppress Statements (Doc. 129) . This motion concerns statements allegedly made by Dunn to fellow detainee, Grady Douglas while both were incarcerated.

At Defendant's request, I held an evidentiary hearing on this motion on July 12, 2010. Grady Douglas testified at the hearing. At the close of the hearing, I gave Defendant Dunn an opportunity to orally argue or brief his motion. He declined to make any argument or file a brief.

The evidence at the hearing did not support the allegations in Defendant Dunn's motion that the government obtained the statements in violation of Defendant Dunn's rights under the Fourth, Fifth and Sixth Amendments to the Constitution. Further, the government established that Defendant's statements were voluntary.

Because I cannot discern a basis for Defendant's Motion, and he declines to argue it, I **RECOMMEND** that Defendant Dunn's Motion to Suppress Statements (Doc. 129) be **DENIED**.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE