IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:09-CR-320-TCB-GGB |
| GEORGE WASHINGTON DUNN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case is currently before the Court on two Report and Recommendations [167 & 166] issued by Magistrate Judge Gerrilyn G. Brill, which recommend that two motions to suppress [128 & 129] and a motion for a hearing [154] filed by Defendant George Washington Dunn be denied.

Because no objections to either Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983). After careful review, the Court finds no plain error in Judge Brill's factual or legal conclusions. The Court therefore ADOPTS AS ITS ORDERS the Report and Recommendations [166 & 167].

IT IS SO ORDERED this 24th day of August, 2010.

Timothy C. Batten, Sr.
United States District Judge