IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE WASHINGTON DUNN, | MOTION TO VACATE 28 U.S.C. § 2255 |
| Movant, | |
| v. | CIVIL ACTION FILE NO. 1:15-CV-2319-TCB-JKL |
| UNITED STATES OF AMERICA, | |
| Respondent. | CRIMINAL ACTION FILE NO. 1:09-CR-320-2-TCB-JKL |

### O R D E R

This matter is before the Court on Magistrate Judge John K. Larkins, III's Final Report and Recommendation ("R&R") [511] recommending that Dunn's motions to vacate, set aside, or correct his sentence be dismissed as untimely. No objections have been filed.

The Court has conducted a "careful and complete" review of the R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)). Having done so, it finds no clear error in its factual findings or legal conclusions. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (holding that where no objection is made to an R&R, it need be reviewed only for clear error).

Accordingly, the Court adopts as its Order the R&R [511] and dismisses this case. The Clerk is directed to close this case.

IT IS SO ORDERED this 28th day of December, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge